IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBERT M. TAYLOR, III et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:23-cv-00047-JRH-BKE |
| UNIVERSITY HEALTH SERVICES, INC. and PIEDMONT HEALTHCARE, INC., | ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS' SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS

Plaintiffs' supplemental brief (Doc. 22) in further support of their opposition to Defendants' motion to dismiss presents a new legal argument that was not previously asserted in Plaintiffs' opposition papers (Doc. 11). Specifically, Plaintiffs now argue that a different ERISA exception – the "payroll practice" exception – applies to the Medicare supplement benefit program and, therefore, excepts the benefit program from coverage under ERISA. Plaintiffs raised this same new argument in their supplemental brief in support of their motion to remand (Doc. 20). Defendants have already set forth why the payroll practice exception does not, and cannot, apply here in their supplemental brief further opposing Plaintiffs' motion to remand (Doc. 25). Rather than repeating those same arguments here, Defendants incorporate them by reference herein and respectfully refer the Court to their supplemental brief in further opposition to Plaintiffs' remand motion (Doc. 25).[1]

---

[1] Defendants have only sought to address in this brief the new arguments raised by Plaintiffs' supplemental brief in further opposition to Defendants' motion to dismiss. The remaining sections of Plaintiffs' supplemental brief addressing ERISA preemption, ERISA's governmental plan exemption, and Plaintiffs' purported Article III standing repeat the same arguments already raised in Plaintiffs' opposition to the motion to dismiss, and already briefed by Defendants in their reply. Therefore, Defendants will not address them herein.

Dated:  June 15, 2023.

    Respectfully submitted,

    */s Edward H. Wasmuth, Jr.*
    Edward H. Wasmuth, Jr., Georgia Bar No. 739636
    SMITH GAMBRELL & RUSSELL, LLP
    1105 W. Peachtree Street, NE
    Suite 1000
    Atlanta, GA 30309
    404.815.3503
    ewasmuth@sgrlaw.com

    Emily E. Friedman
    (admission application in process)
    SMITH GAMBRELL & RUSSELL, LLP
    1105 W. Peachtree Street, NE
    Suite 1000
    Atlanta, GA 30309
    404.815.3948
    efriedman@sgrlaw.com

    *Attorneys for Defendants University Health Services, Inc. and Piedmont Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the foregoing supplemental brief with the Clerk of Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

Date: June 15, 2023.

                                             */s/ Edward H. Wasmuth, Jr.*
                                             Edward H. Wasmuth, Jr., Georgia Bar No. 739636
                                             SMITH GAMBRELL & RUSSELL, LLP
                                             1105 W. Peachtree Street, NE
                                             Suite 1000
                                             Atlanta, GA 30309
                                             404.815.3503
                                             ewasmuth@sgrlaw.com

                                             *Attorneys for Defendants University Health*
                                             *Services, Inc. and Piedmont Healthcare, Inc.*