UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR 124-0009

| UNITED STATES OF AMERICA | ) | INDICTMENT NO: |
|---|---|---|
| v. | ) | 18 U.S.C. § 922(o)(1) |
| | ) | Illegal Possession of a |
| DAVEON DANIELS | ) | Machinegun |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| | ) | Prohibited Person |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:**  **Illegal Possession of a Machinegun**
18 U.S.C. § 922(o)(1)

- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment



1

**Count 2:** Possession of a Firearm by a Prohibited Person
18 U.S.C. § 922(g)(1)

- Not more than fifteen (15) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Joshua Kyle Davis*

Joshua Kyle Davis
Assistant United States Attorney
Georgia Bar Number 575970