IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 124-009 |
| | ) | |
| DAVEON DANIELS | ) | |
| | ) | |

## DETENTION ORDER

    Defendant, with the advice of counsel, waived his right to request release on bond at his initial appearance and arraignment.  In the event of a change in circumstances such that Defendant wants to invoke his right to a detention hearing under 18 U.S.C. § 3142, defense counsel must notify the Court by filing a motion for detention hearing.  Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    SO ORDERED this 13th day of February, 2024, at Augusta, Georgia.

                                                                              /s/ Brian K. Epps  
                                                                              BRIAN K. EPPS  
                                                                              UNITED STATES MAGISTRATE JUDGE  
                                                                              SOUTHERN DISTRICT OF GEORGIA